## UNITED STATES DISTRICT COURT
## IN THE DISTRICT OF MINNESOTA

Galen Traylor,

      Plaintiff,

vs.

Allina Health System d/b/a Allina Business Office,

      Defendant.

Court File No. _____

**NOTICE OF REMOVAL**

**TO:** The Clerk of the United States District Court for the District of Minnesota; and Plaintiff, and her attorney, David J.S. Madgettt, 619 South Tenth Street Suite 301, Minneapolis, MN 55404.

**PLEASE TAKE NOTICE** that Defendant Allina Health System d/b/a Allina Business Office ("Allina") hereby removes the state court action described below pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, and states as follows:

### I.  Removal Procedure

1. On or about June 20, 2017, Defendant Allina filed Plaintiff's Complaint in the Fourth Judicial District, Hennepin County, Case No. ____.[1]

2. The removed action, entitled *Galen Traylor v. Allina Health System d/b/a Allina Business Office*, was commenced by the service of a Summons and Complaint on Allina on May 23, 2017. A Notice of Filing Notice of Removal and a copy of this Notice of Removal to Federal Court have been sent for filing in the Hennepin County District

---

[1] Plaintiff initiated this case by serving the Summons & Complaint on Defendant, however, Plaintiff did not file the case. In order to effectuate removal, Defendant filed the case with the Hennepin County Court on June 20, 2017 but has not yet received a file number from the Hennepin County Court.

Court as required by 28 U.S.C. § 1446(d) and copies of the same have been served upon Plaintiff's counsel as verified by the attached proof of service.

3. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of the original Summons and Complaint, including a copy of all process, pleadings, and Orders served on Allina as of the date of this removal are collectively attached hereto as Exhibit A .

4. Under 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty (30) days of the first date upon which Allina received notice of the pleadings setting forth the claim for relief upon which this removal is based.

## II. This Court Has Original Subject-Matter Jurisdiction

5. In his Complaint, Plaintiff pleaded that he resides in the State of Minnesota, and Allina is "a domestic company registered to conduct business in the State of Minnesota" and "conducted business in the State of Minnesota." [Comp. at ¶4, 5, 7.)

6. This action may be removed to this Court from the District Court, Hennepin County, Minnesota pursuant to 28 U.S.C. § 1441 because the District of Minnesota is the District embracing the place where the action was commenced.

7. In his Complaint, Plaintiff alleges violations of the federal statutes, the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, *et seq.* and the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*

8. This action is removable pursuant to 28 U.S.C. § 1441 because it is a civil action of which this Court has original jurisdiction (based on federal question jurisdiction under 28 U.S.C. § 1331) and because Defendant Allina is removing this action, and Defendant Allina consents to its removal, to the District Court of the United States for the

district and division embracing the place where the action is pending.

9. This court has original jurisdiction of this civil action pursuant to 28 U.S.C. § 1331 because the action constitutes a claim by Plaintiff for violation of federal statute. (*See* Exhibit A, Complaint.)

10. Based on the foregoing, Defendant Allina is entitled to remove this action to this Court under 28 U.S.C. § 1441, *et seq*.

**WHEREFORE** Defendant, Allina Health System d/b/a Allina Business Office, removes this action from the Hennepin County District Court, State of Minnesota, and requests any further relief, general or specific, at law or in equity, to which it may be justly entitled.

                              **Respectfully submitted,**

                              **BASSFORD REMELE**
                              *A Professional Association*

Dated: June 20, 2017        By *s/ Jessica L. Klander*
                              Michael A. Klutho (MN #186302)
                              Jessica L. Klander (MN #0392290)
                              Attorneys for Defendant
                              100 South 5th Street Suite 1500
                              Minneapolis, MN 55402-1254
                              Telephone:  (612) 333-3000
                              Facsimile:   (612) 333-8829

1683952.docx