UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Galen Traylor, | Court File No. 17-cv-02129 (JRT/DTS) |
| Plaintiff, | |
| vs. | |
| Allina Health System, d/b/a Allina business Office, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendants. | |

---

IT IS HEREBY STIPULATED AND AGREED, by and between all parties thereto, through their respective undersigned attorneys, that this entire lawsuit may be, and hereby is, dismissed on its merits and with prejudice, but without costs or disbursements to any of the parties.

IT IS FURTHER STIPULATED AND AGREED, that without further notice, a Judgment of Dismissal with Prejudice and upon the merits of all claims, without costs or disbursements to any of the parties, may be entered herein.

**MADGETT LAW, LLC.**

Date: 10/31/2017

By: _____
David J.S. Madgett (#0390494)
*Counsel for Plaintiff*
619 S. Tenth Street, Suite 301
Minneapolis, MN 55404
612-470-6529
Dmadgett@madgettlaw.com

**BASSFORD REMELE**
*A Professional Association*

Dated: October 27, 2017

By: s/ Michael A. Klutho
Michael A. Klutho (#186302)
*Counsel for Defendant Allina Health System*
100 South 5th Street, Suite 1500
Minneapolis, Minnesota 55402-1254
Telephone: (612) 333-3000
mklutho@bassford.com