# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| GALEN TRAYLOR,<br><br>  Plaintiff,<br><br>v.<br><br>ALLINA HEALTH SYSTEM,<br><br>  Defendant. | Civil No. 17-2129 (JRT/DTS)<br><br>**ORDER FOR DISMISSAL** |

David J. S. Madgett, **MADGETT & PETERSON, LLC,** 619 South Tenth Street, Suite 301, Minneapolis, MN 55404, MN 55402, for plaintiff.

Jessica L. Klander, **BASSFORD REMELE,** 100 South Fifth Street, Suite 1500, Minneapolis, MN 55402, for defendant.

The parties have filed a stipulation of dismissal with prejudice. [Docket No. 12] Based on a review of the file, record, and proceedings herein, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


DATED: November 7, 2017                s/John R. Tunheim
at Minneapolis, Minnesota              JOHN R. TUNHEIM
                                       Chief Judge
                                       United States District Court