## UNITED STATES DISTRICT COURT
### District of Minnesota

| | |
|---|---|
| Galen Traylor, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number:   17-cv-2129 JRT/DTS |
| Allina Health System, d/b/a Allina Business Office, | |
| Defendant(s). | |

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

this action is DISMISSED WITH PREJUDICE, each party to bear its own costs and fees.

Date: 11/7/2017                                                          RICHARD D. SLETTEN, CLERK

                                                                                             s/Amy Halverson
                                                                                  (By)   Amy Halverson, Deputy Clerk